No. 88.   ANDERSON ET AL. *v.* UNITED STATES.   November 8, 1937.

No. 119.   BYRNE MANUFACTURING Co. *v.* AMERICAN FLANGE & MFG. Co.   November 8, 1937.

No. 132.   CRUSE, ADMINISTRATOR, ET AL. *v.* SABINE TRANSPORTATION Co.   November 8, 1937.

No. 166.   BUCHEN ET AL. *v.* BANK OF AMERICA.   November 8, 1937.

No. 174.   NITKEY *v.* WARD ET AL.   November 8, 1937.

No. 179.   STEWART ET AL. *v.* WALL, ADMINISTRATOR, ET AL.   November 8, 1937.

No. 207.   CINCINNATI, NEWPORT & C. RY. Co. *v.* CINCINNATI ET AL.   November 8, 1937.

No. 212.   DEMAROIS *v.* FARREL, U. S. MARSHAL, ET AL. November 8, 1937.

No. 229.   DUKE *v.* UNITED STATES.   November 8, 1937.

No. 240.   LYNCH *v.* KEMP.   November 8, 1937.

No. 254.   DIOCESE OF OLYMPIA, INC., *v.* PEMBERTON, SUPERVISOR, ET AL.   November 8, 1937.